UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOHN JUGENHEIMER,**

    Plaintiff,

v.                                              **CASE NO. 3:05-cv-1039-J-16MMH**

**MERCK & CO., INC., a foreign corporation,
and JOHN DOE**

    Defendants**.**
_____/

## **ORDER**

Before the Court is Defendant Merck & Co., Inc. ("Merck") Unopposed Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Dkt. 8). Upon due consideration, the Court finds that a stay is appropriate as it furthers the interests of judicial economy.

Accordingly, Defendant Merck's Unopposed Motion to Stay All Proceedings (Dkt. 8) is hereby **GRANTED.** The parties are instructed to notify the Court of any decision by the Judicial Panel on Multidistrict Litigation or of any objection filed by the Plaintiff.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of November 2005.

copies:

Counsel of record

*/s/ John H. Moore II*
JOHN H. MOORE II
United States District Judge